165 A.3d 466

LUCAS

v.

WARD

**Pet. Docket No. 113, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Dismissed by the Court of Special Appeals (No. 1457, Sept. Term, 2016).

Petition for writ of certiorari denied

∎

165 A.3d 466

LYNN

v.

LYNN

**Pet. Docket No. 107, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2026, Sept. Term, 2015).

Petition for writ of certiorari denied